EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
WOODS & JAYE SALES COMPANY, INC., and      Docket No.:
WOODS & JAYE REALTY COMPANY, LLC.,         18-cv-02255-PKC-RML

                Plaintiffs,

    -against-

SENTINEL INSURANCE COMPANY LIMITED,

                Defendant.
----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties in the above-entitled action that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, all claims asserted by Plaintiffs WOODS & JAYE SALES COMPANY, INC. and WOODS & JAYE REALTY COMPANY, LLC in this action be and the same hereby are dismissed, with prejudice, and without costs, attorneys' fees, expenses, or disbursements to any party pursuant to Fed. R. Civ. P. 41(a). A copy of this fully executed Stipulation shall have the same force and effect as an original.

Dated April /7, 2019

| | |
|---|---|
| WILKOFSKY, FRIEDMAN, KAREL & CUMMINS | RIVKIN RADLER LLP |
| *Counsel for Plaintiffs Woods & Jaye Sales Company, Inc. and Woods & Jaye Realty Company, LLC* | *Counsel for Defendant Sentinel Insurance Company, Limited* |
| /s/ Roman Rabinovich | /s/ Brian L. Bank |
| Roman Rabinovich, Esq. | Brian L. Bank, Esq. |
| 299 Broadway, Suite 1700 | 926 RXR Plaza |
| New York, New York 10007 | Uniondale, New York 11556 |
| Telephone: (212) 285-0510 | Telephone: (516) 357-3000 |
| Facsimile: (212) 285-0531 | Facsimile: (516) 357-3333 |

4317920 v1